UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA STRAWDER-MCCURRY, | |
| Plaintiff(s), | Case No. 2:13-cv-00618-JCM-NJK |
| vs. | ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 9) |
| WAL-MART STORES, INC., et al., | |
| Defendant(s). | |

Pending before the Court is the Proposed Discovery Plan and Scheduling Order, Docket No. 9, which is hereby **DENIED**. The proposed discovery plan is deficient in a number of respects. First, the Local Rules require proposed discovery plans to "state the date the first defendant answered or otherwise appeared." Local Rule 26-1(e)(1). The submitted discovery plan fails to do so.[1] Second, the presumptive discovery period is 180 days from the date the first defendant answers or appears. Local Rule 26-1(e)(1). The proposed plan seeks 233 days for discovery, but the parties provide no explanation why extended discovery is needed as required. *See* Local Rule 26-1(d) (requiring "a statement of the reasons why longer or different periods should apply to the case"). Third, a proposed discovery plan seeking deadlines beyond those outlined in the Local Rules must "state on its face "SPECIAL SCHEDULING REVIEW REQUESTED." Local Rule 26-1(d). The

---

[1] From the Court's review of the docket, Defendant answered on April 10, 2013. Docket No. 2.

submitted discovery plan fails to do so.  Fourth, requests for extending discovery deadlines must be filed no later than 21 days before the subject deadline sought to be extended.  *See* Local Rule 26-4.  The submitted discovery plan misstates Local Rule 26-4.

Accordingly, the proposed discovery plan is **DENIED**.  The parties are ordered, no later than June 10, 2013, to file another proposed discovery plan that complies with the Local Rules.

In addition to the violations of the Local Rules outlined above, the parties also failed to submit the proposed discovery plan by the deadline to do so.  *See* Docket No. 8 (order to show cause regarding failure to file proposed discovery plan).[2]  The Court expects strict compliance with the Local Rules and reminds the parties that failure to comply with the Local Rules may result in sanctions.  Local Rule IA 4-1.

IT IS SO ORDERED.

DATED: June 6, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] Further, the parties held the Rule 26(f) conference on May 21, 2013, *see* Docket No. 9 at 1, which was also untimely.

2