# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA STRAWDER-MCCURRY, | |
| Plaintiff(s), | Case No. 2:13-cv-00618-JCM-NJK |
| vs. | ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 12) |
| WAL-MART STORES, INC., et al., | |
| Defendant(s). | |

Pending before the Court is the second Proposed Discovery Plan and Scheduling Order, Docket No. 12, which is hereby **DENIED**. The Court previously identified a number of deficiencies in the parties' initial proposed discovery plan. *See* Docket No. 11. "First, the Local Rules require proposed discovery plans to 'state the date the first defendant answered or otherwise appeared.' Local Rule 26-1(e)(1). The submitted discovery plan fails to do so. . . . Fourth, requests for extending discovery deadlines must be filed no later than 21 days before the subject deadline sought to be extended. *See* Local Rule 26-4. The submitted discovery plan misstates Local Rule 26-4." Docket No. 11. The second Proposed Discovery Plan includes the same deficiencies.

The Court's previous order identified a number of violations of the Local Rules by the parties. *See* Docket No. 11 at 2. In resubmitting their discovery plan without correcting the deficiencies identified by the Court, the parties have now also failed to comply with a Court order. Once again, the Court reminds the parties that it expects strict compliance with the Local Rules and

1   Court orders, and that failure to do so in the future may result in sanctions.  *See* Local Rule IA 4-1.

2       IT IS SO ORDERED.

3       DATED: June 10, 2013

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge