# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MELISSA STRAWDER-MCCURRY, | ) | Case No. 2:13-cv-00618-JCM-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER RE: EXTENSIONS OF DEADLINES |
| WAL-MART STORES, INC., | ) | |
| Defendant(s). | ) | |

Pending before the Court is the parties' third proposed discovery plan, Docket 15, which the Court is granting in amended form. The Court issues this order separately because the parties continue to misstate Local Rule 26-4, which governs requests to extend deadlines established in the discovery plan. "All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than twenty-one (21) days *before expiration of the subject deadline*." Local Rule 26-4 (emphasis added). By way of example, a request to extend the deadline for initial expert disclosures must be filed 21 days before *that* deadline is set to expire. A request to extend the deadline for initial expert disclosures filed only 21 days before the discovery cutoff would be untimely. The Court expects the parties to comply with Local Rule 26-4 for any request to extend any of the deadlines established in the discovery plan.

IT IS SO ORDERED.

DATED: June 13, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge