1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

9

MELISSA STRAWDER-MCCURRY,                    )
                                             )
10                      Plaintiff(s),        )        Case No. 2:13-cv-00618-JCM-NJK
                                             )
11                                           )
vs.                                          )        ORDER DISCHARGING THE
12                                           )        THIRD ORDER TO SHOW CAUSE
                                             )        AND VACATING HEARING SET
WAL-MART STORES, INC.,                       )        FOR JULY 1, 2013
13                                           )
                        Defendant(s).        )
14 _____  )

15          This matter is before the Court on the Third Order to Show Cause, which relates to Plaintiff

16  and her attorney's failure to abide by the Local Rules and several Court orders.  Docket No. 18.  The

17  Court has now received a written response.  Docket No. 21.  The Court hereby DISCHARGES the

18  Third Order to Show Cause and VACATES the hearing set for July 1, 2013.

19          Although the Court has done so already on numerous occasions, the Court one last time

20  reiterates that it requires strict compliance with the Local Rules and Court orders moving forward.

21  Future failure to abide by the Local Rules and Court orders may result in the imposition of

22  sanctions, up to and including terminating sanctions.

23          IT IS SO ORDERED.

24          DATED:  June 26, 2013

25

26                                                   _____
                                                     NANCY J. KOPPE
27                                                   United States Magistrate Judge

28