# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA STRAWDER-MCCURRY, | |
| Plaintiff(s), | Case No. 2:13-cv-00618-JAD-NJK |
| vs. | ORDER DENYING STIPULATION |
| WAL-MART STORES, INC., | (Docket No. 33) |
| Defendant(s). | |

Pending before the Court is a stipulation to establish and/or extend various deadlines. *See* Docket No. 33. In essence, the stipulation seeks to modify the scheduling order. Stipulations to set discovery deadlines should include the actual calendar dates for the deadlines sought by the parties. *See, e.g.*, Local Rule 26-1(e)(1) (stipulation discovery plans "shall give the calendar date on which discovery will close"). The pending stipulation fails to do so. Accordingly, the stipulation is DENIED without prejudice. To the extent the parties seek to re-file the stipulation, it must clearly state all of the relevant deadlines in calendar date form.

IT IS SO ORDERED.

DATED: January 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge