1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MELISSA STRAWDER-MCCURRY, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00618-JAD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

15  Defendant's motion for summary judgment was denied on October 30, 2014.  Docket No. 43.

16  The parties were required to file a proposed joint pretrial order within 30 days of that decision.

17  Local Rule 26-1(e)(5).  The parties failed to do so.  The Court hereby ORDERS the parties to file a

18  joint proposed pretrial order no later than March 17, 2015.

19  IT IS SO ORDERED.

20  DATED: March 3, 2015

21
22  _____
    NANCY J. KOPPE
    United States Magistrate Judge

23
24
25
26
27
28