1  JANET MARKLEY
   Nevada Bar No. 004009
2  LAW OFFICES OF JANET MARKLEY
   410 Nevada Way, #180
3  Boulder City, NV 89005
   (702) 294-6529
4  markley@janmarkleylaw.com

5  Attorneys for Plaintiff

6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8
   MELISSA STRAWDER-McCURRY,          )
9                                     )
                Plaintiff,            )    CASE NO: 2:13-cv-00618-JCM-NJK
10                                    )
   vs.                                )
11                                    )
   WAL-MART STORES, INC., d/b/a       )
12 WALMART, DOES I through X, inclusive, )
   and ROE CORPORATIONS  I through X, )
13 inclusive,                         )    *JOINT PRETRIAL ORDER*
                                      )
14             Defendants.            )
   _____)

15

16      Following pretrial procedures in this cause,

17      IT IS ORDERED:

18                                  **I.**

19      This is an action for personal injury in which Plaintiff, Melissa Strawder-McCurry, alleges

20 that on or about December 17, 2010, she was an invitee/patron at Wal-Mart Store #1560, owned

21 and operated by Defendant Walmart.  Plaintiff alleges that as she was entering the store she

22 slipped and fell on the rain slickened entry area.  Plaintiff alleges Defendant, Walmart, was

23 negligent and the cause of her injuries.

24      Defendant Walmart alleges that there was no dangerous condition at the incident site.

25 Defendant further contends that Wal-Mart had no duty to warn of the rainy conditions outside,

26 that Plaintiff knew of the rainy conditions prior to her fall and that if she sustained any injuries in

27 the fall, it was a mere accident, and not the result of the negligence on the part of Walmart.

28

**II.**

Statement of jurisdiction: The Court has diversity jurisdiction pursuant to 28 U.S.C. 1332 and 28 U.S.C. 2201.  Plaintiff Melissa Strawder-McCurry was a resident of the State of Nevada and Defendant Wal-Mart was a Delaware corporation doing business in Clark County, Nevada.

**III.**

The following facts are admitted by the parties and require no proof:

        a.      The incident that is the subject of this suit occurred on December 17, 2010;

        b.      The location of the incident was the Wal-Mart property located at 6005 South Eastern Avenue, Las Vegas, Nevada;

        c.      This Wal-Mart Store is operated by Wal-Mart Stores, Inc.

**IV.**

The following facts, though not admitted, will not be contested at trial by evidence to the contrary:

None.

**V.**

The following are the issues of fact to be tried and determined upon trial:

        a.      Whether Defendant conributed to Plaintiff's fall on December 17, 2010;

        b.      Whether Plaintiff was injured as a result of the incident on December 17, 2010;

        c.      Whether Plaintiff's medical treatment was for injuries caused by the incident on December 17, 2010;

        d.      Whether Plaintiff's medical treatment for her alleged injuries was reasonable;

        e.      Whether Plaintiff's alleged injuries as a result of the December 17, 2010, incident will require future care or treatment;

        f.      Whether Defendant's negligence was a substantial factor in causing Plaintiff's injury.

**VI.**

The following are the issues of law to be tried and determined uon trial:

    a.    Premises Liability

    b.    Negligence

**VII.**

a.    The following exhibits are hereby identified, subject to the objections detailed under subsection c.

**PLAINTIFF'S EXHIBITS:**

    1.    Medical and billing records for identified medical providers

    2.    December 17, 2010, Incident Report

    3.    Three color photographs of location of fall (exhibits in Kevin Prentice deposition)

    4.    Plaintiff reserves the right to use any exhibits identified in Defendant's Disclosures

**DEFENDANT'S EXHIBITS:**

    1.    December 17, 2010, Incident Report

    2.    Three color photographs of incident scene taken December 17, 2010

    3.    Two DVD discs containing surveillance footage from Walmart Store 1560, dated December 17, 2010

    4.    Request for Judicial Notice: Almanac weather recording for date of incident

    5.    Medical records of Plaintiff's treatment by treating providers identified in Defendant's witness list

    6.    Defendant reserves the right to use any exhibits identified in Plaintiff's Disclosures

b.    As to the following exhibits, the parties have reached the stipulations stated

       1.      Set forth stipulations as to Plaintiff's exhibits: To the extent the parties are unable to reach stipulations regarding the admissibility of Plaintiff's proposed exhibits, Defendant reserves the right to lodge objections to Plaintiff's proposed exhibits pursuant to FRE 402, 403, 801, 802, 803,701, 702, 703, 901, and 902.

       2.      Set forth stipulations as to Defendant's exhibits: Plaintiff stipulates to the admission of medical records of any of Defendant's identified medical providers also identified by Plaintiff.

c.     As to the following exhibits, the party against whom the same will be offered objects to their admission upon the grounds stated:

       1.      Objections to Plaintiff's exhibits: To the extent the parties are unable to reach stipulations regarding the admissibility of Plaintiff's proposed exhibits, Defendant reserves the right to lodge objections to Plaintiff's proposed exhibits pursuant to FRE 402, 403, 801, 802, 803, 701, 702, 703, 901, and 902.

       2.      Objections to Defendant's exhibits: Plaintiff objects to any exhibits identified as taken from December 12, 2010. Plaintiff objects to a weather recording not produced to Plaintiff and DVD discs not produced to Plaintiff

d.     The parties will offer the following depositions:

       1.      Deposition of Melissa Strawder-McCurry

       2.      Deposition of Gary McCurry

       3.      Deposition of Kevin Prentice

       4.      Deposition of Marla Bell, Wal-Mart PMK

       5.      Deposition of Jonathan Sorelle, M.D.

e.     Objections to Depositions:

    1.     Plaintiff objects to Defendant's use of any deposition at trial for any purpose other than impeachment unless Defendant provides specific line and page numbers sufficient for Plaintiff to provide objections thereto.

    2.     Defendant objects to Plaintiff's use of any deposition at trial for any purpsoe other than impeachment unless Plaintiff provides specific line and page numbers sufficient for Plaintiff to provide objections thereto.

## VIII.

The following witnesses may be called by the parties upon trial:

**PLAINTIFF'S WITNESSES:**

    1.     Melissa Strawder-McCurry
c/o Law Offices of Janet Markley
410 Nevada Way, #180
Boulder City, NV 89005
(702) 294-6529

    2.     Smoke Ranch Surgery Center
7180 Smoke Ranch Road
Las Vegas, NV 89128
(702) 551-8420

    3.     Dr. Gregory Lee Goetz
9811 Charleston Blvd., #2
PMB #838
Las Vegas, NV 89117
(702) 921-6829

    4.     Dr. David Ross
7140 Smoke Ranch Road, #150
Las Vegas, NV 89128

    5.     Synergy Laboratories
4161 S. Eastern Avenue #A-6
Las Vegas, NV 89119

    6.     Complete Care Medical Center
2325 West Charleston Blvd.
Las Vegas, NV 89102
(702) 870-2007

7.    Nevada Spine Clinic
      7140 Smoke Ranch Road, #150
      Las Vegas, NV 89128

8.    Fremont Medical Center
      4880 South Wynn Road
      Las Vegas, NV 89103

9.    Advantage Health Care
      3663 East Sunset Road, #503
      Las Vegas, NV 89120
      (702) 434-2800

10.   Nevada Anesthesia Professionals
      400 East 10th Street
      Waconia, MN 55387
      (Billing)

11.   Nevada Anesthesia Consultants
      P.O. Box 81200
      Las Vegas, NV 89180
      (702) 873-4567

12.   Dr. John Herr
      4425 S. Pecos
      Las Vegas, NV 89121
      (702) 435-3535

13.   Dr. Leo Germin
      Clinical Neurology Specialists
      1691 W. Horizon Ridge Pkwy.
      Henderson, NV 89012

14.   Bess Chang, PLLC
      P.O. Box 777910
      Henderson, NV 89077
      (702) 921-6829

15.   Well Care Pharmacy
      3910 S. Maryland Pkwy #C
      Las Vegas, NV 89119
      (702) 431-3832

16.   Las Vegas Radiology
      P.O. Box 401180
      Las Vegas, NV 89140

17.   Dr. Jonathan Sorelle
      8960 W. Tropicana Avenue
      Las Vegas, NV 89147
      (702) 921-6829

18.    Center for Surgical Intervention
       9811 West Charleston #2-389
       Las Vegas, NV 89117
       (702) 562-3039

19.    Dr. Nick Zarkos
       7326 West Cheyenne Avenue
       Las Vegas, NV 89129
       (702) 386-4701

20.    Spring Valley Spec. Pharmacy
       2725 S. Jones Blvd #101
       Las Vegas, NV 89146
       (702) 248-4119

21.    Mt. View Pharmacy
       7450 West Cheyenne #112
       Las Vegas, NV 89129
       (702) 360-5310

22.    Orthopedic Motion, Inc.
       2800 East Desert Inn Road, #250
       Las Vegas, NV 89121
       (702) 697-7070

23.    Dr. Derek Duke
       Spine & Brain Institute
       861 Center Drive #200
       Henderson, NV 89052

24.    Kevin Prentice
       c/o Phillips Spallas & Angstadt LLP
       504 S. Ninth Street
       Las Vegas, NV 89101
       (702) 938-1511

25.    Marla Bell
       c/o Phillips Spallas & Angstadt LLP
       504 S. Ninth Street
       Las Vegas, NV 89101
       (702) 938-1511

26.    Plaintiff reserves the right to call any witness(es) identified by Defendant

**DEFENDANT'S WITNESSES:**

1.     Kevin Prentice
       c/o Phillips Spallas & Angstadt LLP
       504 S. Ninth Street
       Las Vegas, NV 89101
       (702) 938-1511

7

2.   Marla Bell
     c/o Phillips Spallas & Angstadt LLP
     504 S. Ninth Street
     Las Vegas, NV 89101
     (701) 938-1511

3.   Steven McIntire, M.D., Ph.D.
     11030 White Rock Road, #110
     Rancho Cordova, CA 95670
     (800) 458-1261

4.   Robert Gutierrez, M.D.
     11030 White Rock Road, #110
     Rancho Cordova, CA 95670
     (800) 458-1261

5.   Plaintiff's treating physicians:

     a.   Wendell Burris, M.D.

     b.   Dr. John Herr

     c.   Dr. Leo Germin

     d.   James Somers, M.S., PA-C

     e.   Conrad Yu, M.D.

     f.   Mylene Mangahas, M.D.

     g.   Matthew Brown, R.N.

     h.   Andrew Rehl, M.D.

     i.   Laura Kapus, M.D.

     j.   Dr. Shah

     k.   Dr. Collings

     l.   William Meyerhoff, M.D.

     m.   Dr. Vilt

     n.   Dr. Brelland

     o.   Emma Sempron, APN

6.   Walmart reserves the right to call any witnesses identified in Plaintiff's

     Disclosures.

8

**IX.**

Three agreed upon trial dates:

       a.      August 31, 2015

       b.      October 19, 2015

       c.      October 26, 2015

**X.**

It is estimated that the trial herein will take a total of 5-7 days.

APPROVED AS TO FORM AND CONTENT:

**PHILLIPS SPALLAS & ANGSTADT LLP**     **LAW OFFICES OF JANET MARKLEY**

_/s/ Brenda Entzminger_                 _/s/ Janet Markley_
Brenda Entzminger, Esq.              Janet Markley, Esq.
Nevada Bar No. 9800                 Nevada Bar No. 4009
504 S. Ninth Street                   410 Nevada Way, #180
Las Vegas, NV 89101               Boulder City, NV 89005
_Attorneys for Defendant Wal-Mart_     _Attorneys for Plaintiff Strawder-McCurry_

**XI.**

      a.     This case is set down for jury trial on the stacked calendar on Tuesday, October 20, 2015, at 9:00 a.m.  Calendar call set Tuesday, October 13, 2015, at 1:30 p.m.

      b.     An original and two (2) copies of each trial brief shall be submitted to the clerk by 10/13/2015_____.

      c.     Jury trials:

          1.     An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing_____by 10/13/2015_____.

          2.     An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing_____by 10/13/2015_____.

     The foregoing pretrial order has been approved by the parties to this action as evidenced by the signatures of their counsel hereon, and the order is hereby entered and will

1  govern the trial of this case.  This order shall not be amended except by order of the court

2  pursuant to the agreement of the parties or to be prevent manifest injustice.

3        DATED: March 24, 2015.

4

5                                              _____

                                               JENNIFER A. DORSEY
6                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10