UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MELISSA STRAWDER-McCURRY,

Plaintiff(s),

vs

WAL-MART STORES, INC., et al.,

Defendant(s).

Case # 2:13-CV-618-JAD-NJK

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

This case is currently stacked on the Trial Calendar of **Tuesday, October 20, 2015,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Nancy J. Koppe** for a settlement conference.

DATED this 24th day of March, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE