|     |     |
| --- | --- |
| 1   | Brenda H. Entzminger |
| 2   | Nevada Bar No. 9800<br>**PHILLIPS, SPALLAS & ANGSTADT LLC** |
| 3   | 504 South Ninth Street<br>Las Vegas, Nevada 89101 |
| 4   | (702) 938-1510 |
| 5   | *Attorneys for Defendant* |
| 6   | *Wal-Mart Stores, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA STRAWDER-McCURRY, | Case No.: 2:13-cv-00618-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC.; DOES I through X, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 24th day of July, 2015.

LAW OFFICE OF JANET MARKLEY

*Janet Markley*

Janet Markley
410 Nevada Way, Suite 180
Las Vegas, Nevada 89005
*Attorneys for Plaintiff*
*Melissa Strawder-McCurry*

DATED this 24th day of July, 2015.

PHILLIPS, SPALLAS & ANGSTADT

#13746

Brenda H. Entzminger
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

The Clerk of Court is instructed to close this case.

Dated: August 7, 2015.

_____
UNITED STATES DISTRICT JUDGE